# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM HASSAN MILLHOUSE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-5139** |
| | : | |
| **UNITED STATES OF AMERICA,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 7th day of June, 2022, it is **ORDERED** that:

1. Consistent with 28 U.S.C. § 1915(g), and for the reasons discussed in the Court's Memorandum, Millhouse's leave to proceed *in forma pauperis* is **REVOKED**.

2. The Court's January 17, 2020 Order (ECF No. 13) is **VACATED** to the extent it granted Millhouse leave to proceed *in forma pauperis* and directed the Warden at United States Penitentiary Coleman I to assess, calculate, collect, and forward fee payments in this matter to the Court.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order and its accompanying Memorandum to the Warden at United States Penitentiary Coleman I.

4. If Millhouse seeks to continue with this case, he must remit $400 to the Clerk of Court within fourteen (14) days of the date of this Order.

5. If Millhouse fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

/s/Petrese B. Tucker

**PETRESE B. TUCKER, J.**